Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants MARK CALVILLO and CITY OF BAKERSFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART, an individual, | Case No. 1:07-CV-00495 LJO GSA |
| Plaintiff, | **STIPULATION RE DISCOVERY** |
| v. | |
| MARK CALVILLO; CITY OF BAKERSFIELD, CALIFORNIA; KERN COUNTY CALIFORNIA; DOES 1 through 100, | |
| Defendants. | |

In view of another scheduling conference being set in this matter for March 4, 2008, and the possibility that the initial discovery cut-off date, as well as other dates, might be continued,

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the current expert witness designation and supplemental expert witness designation deadlines, be continued from February 1, 2008 and February 15, 2008, respectively, to a date to be determined by the court at the March 4, 2008, scheduling conference.

Dated: January 23, 2008                    MARDEROSIAN, RUNYON, CERCONE,
                                                                  LEHMAN & ARMO


                                                            By:    /s/ Michael E. Lehman
                                                                    MICHAEL E. LEHMAN
                                                                    Attorney for defendants above-named.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Stewart v. Calvillo, et al.
U.S. District Court, Case No. 1:07-CV-00495 LJO GSA
1

1  Dated: January 15, 2008.                                   B. C. BARMANN, SR., COUNTY COUNSEL

                                                              /s/ Andrew C. Thompson
                                                              ANDREW C. THOMPSON, Deputy
                                                              Attorneys for Defendant,
                                                              COUNTY OF KERN

6  Dated: January 15, 2008.

                                                              /s/ Randy Rumph
                                                              RANDY RUMPH
                                                              Attorney for Plaintiff, MARIA STEWART

**ORDER**

**IT IS SO ORDERED.**

   Dated:   **January 23, 2008**                   **/s/ Gary S. Austin**
                                                   **UNITED STATES MAGISTRATE JUDGE**

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Stewart v. Calvillo, et al.
U.S. District Court, Case No. 1:07-CV-00495 LJO GSA

2