IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARK CALVILLO, et al.,<br><br>　　　　Defendants. | **Case No. 1:07-cv-00495 LJO GSA**<br><br>ORDER REGARDING DISCOVERY DEADLINES |

This Court conducted a status conference on March 4, 2008. Plaintiff Maria Stewart appeared by telephone through her counsel Randall Rumph. Defendants Mark Calvillo and the City of Bakersfield appeared by telephone through their counsel Michael Lehman. Defendant County of Kern appeared by telephone through its counsel Andrew Thomson. Based on the status conference and the agreement of the parties, the discovery deadlines initially scheduled in this matter are extended as follows:

1. Expert Witnesses

   **Initial expert witness disclosures** shall be served no later than **June 13, 2008**.

   **Supplemental expert disclosures** shall be served no later than **July 11, 2008**.

2. Discovery Cutoffs

   All **non-expert discovery** shall be completed no later than **May 31, 2008**.

   All **expert discovery** shall be completed no later than **August 8, 2008**.

1

3.      Pretrial Motion Schedule

All pretrial motions shall be served and filed no later than:

      Non-Dispositive:      **September 5, 2008**

      Dispositive:          **October 10, 2008.**

4.      Settlement Conference

This Court sets a settlement conference for **August 21, 2008 at 10:30 a.m.** before United States Magistrate Judge Gary S. Austin in Courtroom 10.  As directed in the Court's scheduling order dated September 13, 2007, no later than five Court days before the settlement conference, each party shall submit <u>directly to the settlement conference judge's chambers</u> a confidential settlement conference statement.  This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>.

5.      Pretrial Conference

The pretrial conference originally scheduled for October 1, 2008 at 8:30 a.m. is re-set for **December 10, 2008 at 8:30 a.m.** in Department 4 (LJO) of this Court.  As outlined in the Court's scheduling order dated September 13, 2007, the parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281.

6.      Trial Date

The 5-7 day jury trial originally scheduled for November 10, 2008 at 1:30 p.m. is set for **January 20, 2009 at 9:00 a.m.** in Department 4 (LJO) of this Court.

IT IS SO ORDERED.

Dated:   **March 4, 2008**            /s/ **Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE