# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA STEWART, an individual, | ) | 1:07cv00495 LJO GSA |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR A COURT ORDER REQUIRING PLAINTIFF TO SUBMIT TO MEDICAL EXAMINATION |
| v. | ) | |
| MARK CALVILLO; CITY OF BAKERSFIELD, CALIFORNIA; KERN COUNTY, CALIFORNIA; DOES 1 through 100, | ) | (Document 23) |
| Defendants. | ) | |

On May 5, 2008, Defendants Mark Calvillo and the City of Bakersfield filed the instant ex parte application seeking an court order requiring Maria Stewart to appear for an independent orthopedic medical examination on May 22, 2008. Defendants did not place the matter on the court's calendar.

Upon review of Defendants' application and supporting documentation, the Court finds that good cause does not exist to grant the ex parte application. The basis for the ex parte request is that the discovery deadline is May 31, 2008. Counsel attempted to contact opposing counsel regarding the request on May 1, 2008, but has not received a response. Doc. 24.

The court finds that Plaintiff shall be given an opportunity to be heard. As such, the court will construe the application as a motion for medical examination pursuant to Fed. R. Civ. P. Rule 35. If the court grants the motion, modifications to the discovery deadline may be made.

1  Pursuant to Local Rule 37-251(e), when there has been a total failure to respond to a
2 discovery request, an aggrieved party can bring a motion for relief for hearing after seventeen
3 days.  Accordingly, the matter will be heard on May 23, 2008 at 9:30 in courtroom 10 before the
4 Honorable Gary S. Austin.  Any opposition to the motion shall be filed no later than May 14,
5 2008.  Any reply to the opposition may be filed no later than May 19, 2008.
6  The parties are encouraged to meet and confer and shall notify the court if a hearing is no
7 longer necessary.  If the parties do meet and confer, a joint statement shall be filed on or before
8 May 19, 2008, in lieu of the filing deadlines outlined above.  Local Rule 37-251©.
9  IT IS SO ORDERED.
10  Dated:   **May 6, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE