`Michael G. Marderosian, No. 077296  
Michael E. Lehman, No. 133523  
MARDEROSIAN, RUNYON, CERCONE,  
 LEHMAN & ARMO  
1260 Fulton Mall  
Fresno, CA 93721  
Telephone: (559) 441-7991  
Facsimile: (559) 441-8170  

Virginia Gennaro, No. 138877  
City Attorney  
CITY OF BAKERSFIELD  
1501 Truxtun Avenue  
Bakersfield, CA  93301  
Telephone: (661) 326-3721  
Facsimile: (661) 852-2020  

Attorneys for:  Defendants MARK CALVILLO and CITY OF BAKERSFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART, an individual, | Case No.  1:07-CV-00495 LJO GSA |
| Plaintiff, | **STIPULATION AND ORDER REGARDING INDEPENDENT MEDICAL EXAMINATION, DEPOSITIONS** |
| v. | |
| MARK CALVILLO; CITY OF BAKERSFIELD, CALIFORNIA; KERN COUNTY CALIFORNIA; DOES 1 through 100, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that plaintiff will submit to an independent medical evaluation by orthopedic surgeon, Theodore Maravich, on June 2, 2008, at 8:00 a.m., at the Wellness Clinic located at 3901 Stockdale Hwy, Bakersfield, California.  Said medical evaluation is made at the request of defendants, City of Bakersfield and Officer Calvillo.  Said examination may occur after the current discovery cut-off of May 31, 2008.  In light of this agreement, the hearing regarding this issue set for May 23, 2008, will be removed from the court's calendar.

/

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO  
1260 Fulton Mall  
Fresno, CA 93721

Stewart v. Calvillo, et al.  
U.S. District Court, Case No. 1:07-CV-00495 LJO GSA

1

Furthermore, it is stipulated that defendants shall be allowed to depose the witnesses identified in plaintiff's Rule 26 disclosure after the current discovery cut-off date of May 31, 2008, in view of defendant's process server's inability to obtain service upon them in time for their previously scheduled depositions date of May 1 and May 8, 2008.

Dated: May 22, 2008                                    MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By:     /s/  Michael E. Lehman
    MICHAEL E. LEHMAN
    Attorney for defendants above-named.

Dated: May _____, 2008.                                LAW OFFICES OF RANDY RUMPH

By:   /s/ Randy Rumph
    RANDY RUMPH
    Attorneys for plaintiff

Dated: May _____, 2008.                                KERN COUNTY COUNSEL'S OFFICE

By:     /s/  Andrew C. Thomson
    Andrew C. Thomson
    Attorneys for Defendant, COUNTY OF KERN

## ORDER

IT IS HEREBY ORDERED:

1. The plaintiff will submit to an independent medical examination by Dr. Thomas Maravich on June 2, 2008, at 8:00 a.m., at the Wellness Clinic, located at 3901 Stockdale Highway, Bakersfield, California.

2. The hearing set for May 23, 2008, on the IME issue is VACATED.

3. Defendant's depositions the witnesses identified in plaintiff's Rule 26 will be permitted beyond the May 31, 2008 discovery deadline, however, the depositions shall be completed no later than June 30, 2008.

IT IS SO ORDERED.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Stewart v. Calvillo, et al.
U.S. District Court, Case No. 1:07-CV-00495 LJO GSA

2

1     **Dated:**   May 22, 2008           /s/ **Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Stewart v. Calvillo, et al.
U.S. District Court, Case No. 1:07-CV-00495 LJO GSA

3