# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA STEWART, | CASE NO. CV F 07-495 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS COUNTY OF KERN** |
| vs. | |
| MARK CAVILLO, CITY OF BAKERSFIELD, COUNTY OF KERN, | |
| Defendants. | |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1) (Doc. 44), this Court DISMISSES with prejudice this action against defendant County of Kern. The clerk is directed to TERMINATE County of Kern as a defendant in this action.

IT IS SO ORDERED.

**Dated:   December 8, 2008**              /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE