# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARIA STEWART,**

v.

CASE NO: **1:07−CV−00495−LJO−GSA**

**MARK CALVILLO, ET AL.,**

---

XX −− **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 1/22/2009**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 2, 2009**

by: /s/ W. Kusamura
Deputy Clerk